No. 231, Misc.  PINCKNEY v. PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 239, Misc.  GEORGES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 241, Misc.  GHOLSTON v. BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 242, Misc.  MASON v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 244, Misc.  REED v. WASHINGTON.  Supreme Court of Washington.  Certiorari denied.  Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 249, Misc.  GEORGE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 250, Misc.  WRIGHT v. SUPERIOR COURT, TRINITY COUNTY, ET AL.  Supreme Court of California.  Certiorari denied.

No. 251, Misc.  ROBINSON v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.